Catherine Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 2105
Napa, California  94558
Tel.:  (707) 337-6880
Fax.:  (707) 224-6676
kshort@lldf.org

William G. Short, Esq.; SBN 132479
LAW OFFICES OF WILLIAM G. SHORT
Post Office Box 1313
Ojai, California  93024-1313
Tel.:  (805) 490-6399
Fax.:  (253) 650-2627
billshortesq@me.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SHORT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID BERGER, individually and in his official capacity as Commandant of the United States Marine Corps, and CARLOS DEL TORO, individually and in his official capacity as Secretary of the Navy,<br><br>　　　　Defendants. | No.:  2:22-cv-01151-DMG-AGR<br><br>**NOTICE OF APPEAL OF DENIAL OF PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. Dolly M. Gee |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE:** Plaintiff Mark Short appeals to the United States Court of Appeals for the Ninth Circuit from the Court's order of March 3, 2022 (ECF 25).

Dated: April 1, 2022            \_\_/s/ *Catherine Short*_____
                                Catherine Short, Esq.
                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Counsel for the defendants are registered to receive automatic notifications.

Dated: April 1, 2022            \_\_/s/ *Catherine Short*_____
                                Catherine Short

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Mark Short

Name(s) of counsel (if any):

Catherine Short, Esq.
William G. Short, Esq., [Post Office Box 1313, Ojai, CA 93024-1313; 805-490-6399; billshortesq@me.com]

Address: P.O. Box 2105, Napa, California 94558

Telephone number(s): 707-337-6880

Email(s): kshort@lldf.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

David Berger
Carlos Del Toro

Name(s) of counsel (if any):

Brian M. Boynton, Esq., Alexander K. Haas, Esq., Anthony J. Coppolino, Esq., Stuart J. Robinson, Esq.

Address: U.S. DOJ, 450 Golden Gate Ave., Ste. 7-5395, SF, CA 94102

Telephone number(s): 415-436-6635

Email(s): stuart.j.robinson@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**               *2*               *New 12/01/2018*