Catherine Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 2105
Napa, California  94558
Tel.:  (707) 337-6880
Fax.:  (707) 224-6676
kshort@lldf.org

William G. Short, Esq.; SBN 132479
LAW OFFICES OF WILLIAM G. SHORT
Post Office Box 1313
Ojai, California  93024-1313
Tel.:  (805) 490-6399
Fax.:  (253) 650-2627
billshortesq@me.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARK SHORT,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID BERGER, individually and in his official capacity as Commandant of the United States Marine Corps, and CARLOS DEL TORO, individually and in his official capacity as Secretary of the Navy,<br><br>    Defendants. | No.:  2:22-cv-01151-DMG-AGR<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Dated: August 22, 2022            /s/*Catherine W. Short*

CATHERINE W. SHORT, ESQ.
LIFE LEGAL DEFENSE FOUNDATION

ATTORNEYS FOR DEFENDANTS

Dated: August 22, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs
Branch

*/s/ Stuart J. Robinson*
STUART J. ROBINSON
Senior Counsel (CA Bar No. 267183)
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Suite 7-5395
San Francisco, CA 94102
Telephone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Counsel for Official Capacity*
*Defendants*

/s/Reginald M. Skinner
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-3111
Fax: (202) 616-4314
reginald.m.skinner@usdoj.gov

*Counsel for the Individual Capacity*
*Defendants*

**Stipulation of Dismissal**                                 Case No. 2:22-cv-01151-DMG-AGR

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of August 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

_/s/ Catherine Short_____
Catherine Short

**Stipulation of Dismissal**                                  Case No. 2:22-cv-01151-DMG-AGR