UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No.  **CV 22-1151-DMG (AGRx)** | Date  August 23, 2022 |
| Title  *Mark Short v. David Berger, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

    In light of the parties' Stipulation of Dismissal filed on August 22, 2022 [Doc. # 65], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendants' Motion to Dismiss [Doc. # 60] is hereby DENIED as moot. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.